# BARKETEPSTEIN
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

September 16, 2020

**via ELECTRONIC FILING**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/20

Re: **United States v. John Boeren**
**Docket No.: 18 Cr. 881 (JLC)**

Dear Judge Cott:

We write to seek an Order from the Court directing the United States Department of Probation ("Probation") to release our client John Boeren's passport. As set forth in the attached letter from Probation dated, April 27, 2020 Mr. Boeren has been released from supervised release, which began on April 25, 2019 and ended, after successful completion, on April 24, 2020. Probation Official, Vincent Danielo, (copied on this letter-application, via email), has advised Mr. Boeren that an Order from this Court is required before Mr. Boeren's passport can be released to him. We are therefore seeking such an order.

Thank you very much for your consideration of this matter.

Respectfully submitted,

/s/ Kevin Kearon
Kevin T. Kearon, Esq.

Th United States Department of Probation is hereby Ordered to release John Boeren's passport as Defendant has been discharged from supervision as of April 24, 2020.

So Ordered:

/s/ James L. Cott
James L. Cott, ~~District~~ Judge
Magistrate
9/17/20